IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FABIOLA ROMERO

LORENA GARCIA SOLORIO

ROSA MORAN FIGUEROA

    Plaintiffs,

vs.

JBS PACKERLAND, INC.

    Defendant.

Case No. 17-cv-729

## STIPULATION AND ORDER FOR DISMISSAL

The parties hereby stipulate to dismiss this matter with prejudice, upon its merits and without costs or further notice to any party.

| | |
|---|---|
| Dated this 14th day of March, 2018. | Dated this 14th day of March, 2018. |
| SHERMAN & HOWARD L.L.C.<br>Representative for Defendants | ARELLANO & PHEBUS, S.C.<br>Attorneys for Plaintiffs |
| *s/ Jonathon M. Watson*<br>Jonathon M. Watson<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>jwatson@shermanhoward.com | *s/ Douglas J. Phebus*<br>Victor M. Arellano<br>State Bar No: 1011684<br>varellano@aplawoffice.com<br>Douglas J. Phebus<br>State Bar No.: 1029524<br>dphebus@aplawoffice.com<br>1468 N. High Point Rd, Ste. 102<br>Middleton, WI 53562 |

## ORDER

Upon the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled matter be and hereby is dismissed, with prejudice, upon its merits, and without costs or further notice to any party.

Dated this ___ day of _____, 2018.

BY THE COURT:

_____
William C. Griesbach, Chief Judge
United States District Court